UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIFE TECHNOLOGIES INC,<br><br>    Plaintiff,<br><br>v.<br><br>ALIPHCOM,<br><br>    Defendant.<br><br>and<br><br>ILIFE TECHNOLOGIES, INC.,<br><br>v.<br><br>FITBIT, INC.<br><br>    Defendant. | Case No. 14-cv-03345-WHO<br><br>and<br><br>Case No. 14-cv-03338-WHO<br><br>**SCHEDULING ORDER** |

Having related the above-referenced cases, it is unclear whether the schedule adopted for Case No. 14-cv-03338 is also suitable for Case No. 14-cv-03345 through the Claim Construction hearing. If the parties believe that there would be efficiencies in holding the Claim Construction hearing on the same date in both cases, because the terms will be similar, the case schedule for Case No. 14-cv-03345-WHO shall be:

| | |
|---|---|
| **Tutorial** | **April 17, 2015 at 9:00 a.m.** |
| **Claims Construction** | **April 24, 2015 at 9:00 a.m.** |
| **Case Management Conference** | **August 17, 2015 at 2:00 p.m.** |

1  The parties shall meet and confer to set an agreed upon briefing and discovery schedule which will
2  allow compliance with the hearing dates.
3       If any party in Case No. 14-cv-03345-WHO thinks a different schedule is more
4  appropriate, the parties in that case should file a Joint Case Management Statement no later than
5  December 2, 2014, explaining why a different schedule is preferred, and appear for a Case
6  Management Conference on December 9, 2014 at 2:00 p.m.
7       **IT IS SO ORDERED**.
8  Dated: November 18, 2014



WILLIAM H. ORRICK
United States District Judge