1

2   **DURIE TANGRI LLP**                    **MUNCK WILSON MANDALA, LLP**
    CLEMENT S. ROBERTS (SBN 209203)         Michael C. Wilson (*Pro Hac Vice*)

3   croberts@durietangri.com                mwilson@munckwilson.com
    SONALI D. MAITRA (SBN 254896)           S. Wallace Dunwoody (*Pro Hac Vice*)

4   smaitra@durietangri.com                 wdunwoody@munckwilson.com
    TIMOTHY C. SAULSBURY (SBN 281434)       12770 Coit Road, Suite 600

5   tsaulsbury@durietangri.com              Dallas, Texas 75251
    MICHAEL A. FELDMAN (SBN 295780)         Tel:  (972) 628-3600

6   mfeldman@durietangri.com                Fax: (972) 628-3616

7   217 Leidesdorff Street                  **FREITAS ANGELL & WEINBERG LLP**
    San Francisco, CA 94111                 Robert E. Freitas (CA Bar No. 80948)

8   Telephone: 415-362-6666                 rfreitas@fawlaw.com
    Facsimile: 415-236-6300                 Daniel J. Weinberg (CA Bar No. 227159)

9                                           dweinberg@fawlaw.com
    Attorneys for Defendant                 Jessica N. Leal (CA Bar No. 267232)

10  FITBIT, INC.                            jleal@ftklaw.com
                                            350 Marine Parkway, Suite 200

11                                          Redwood Shores, California 94065
                                            Tel:  (650) 730-5527

12                                          Fax: (650) 593-6301

13                                          Attorneys for Plaintiff,
                                            ILIFE TECHNOLOGIES, INC.

14
                    UNITED STATES DISTRICT COURT

15
                  NORTHERN DISTRICT OF CALIFORNIA

16

17  ILIFE TECHNOLOGIES, INC.,

18              Plaintiff,

19       v.                                 Case No. 3:14-cv-03338-WHO

20  FITBIT, INC.,                           JOINT STIPULATION SUSPENDING
                                            DEADLINES PENDING SETTLEMENT

21              Defendant.

22

23       Plaintiff iLife Technologies, Inc. and Defendant Fitbit, Inc. ("the Parties") request that the

24  Court suspend all deadlines pending implementation of a signed settlement agreement reached by

25  the Parties which disposes of all claims and counterclaims. The Parties anticipate filing dismissal

26  papers within 20 days.

27

28

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
     _March 5, 2015_____                    _____
4    Date                                       United States District Court Judge

5

6    Dated:  March 3, 2015                      Respectfully submitted,

7                                               _/s/ S. Wallace Dunwoody_____
                                                Michael C. Wilson (pro hac vice)
8                                               mwilson@munckwilson.com
                                                S. Wallace Dunwoody (pro hac vice)
9                                               wdunwoody@munckwilson.com
                                                Munck Wilson Mandala, LLP
10                                              12770 Coit Road, Suite 600
                                                Dallas, Texas 75251
11                                              Phone: (972) 628-3600
                                                Fax: (972) 628-3616
12
                                                Robert E. Freitas
13                                              Freitas Angell & Weinberg
                                                350 Marine Parkway, Suite 200
14                                              Redwood Shores, California 94065
                                                Phone: (650)-730-5527
15                                              Fax: (650)-593-6301

16                                              ATTORNEYS FOR PLAINTIFF,
                                                ILIFE TECHNOLOGIES, INC.
17
                                                _/s/  Clement S. Roberts_____
18                                              Clement S. Roberts
                                                croberts@durietangri.com
19                                              Sonali D. Maitra
                                                smaitra@durietangri.com
20                                              Timothy C. Saulsbury
                                                tsaulsbury@durietangri.com
21                                              Michael A. Feldman
                                                mfeldman@durietangri.com
22                                              DURIE TANGRI LLP
                                                217 Leidesdorff Street
23                                              San Francisco, CA 94111
                                                Telephone: 415-362-6666
24                                              Facsimile: 415-236-6300
25                                              COUNSEL FOR DEFENDANT
                                                FITBIT, INC.
26

27

28

                                                                              2