**DURIE TANGRI LLP**
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
FITBIT, INC.

**MUNCK WILSON MANDALA, LLP**
Michael C. Wilson (*Pro Hac Vice*)
mwilson@munckwilson.com
S. Wallace Dunwoody (*Pro Hac Vice*)
wdunwoody@munckwilson.com
12770 Coit Road, Suite 600
Dallas, Texas 75251
Tel:  (972) 628-3600
Fax: (972) 628-3616

**FREITAS ANGELL & WEINBERG LLP**
Robert E. Freitas (CA Bar No. 80948)
rfreitas@fawlaw.com
Daniel J. Weinberg (CA Bar No. 227159)
dweinberg@fawlaw.com
Jessica N. Leal (CA Bar No. 267232)
jleal@ftklaw.com
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Tel:  (650) 730-5527
Fax: (650) 593-6301

Attorneys for Plaintiff,
ILIFE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIFE TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FITBIT, INC.,<br><br>　　　　　Defendant. | Case No. 3:14-cv-03338-WHO<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

　　　Plaintiff iLife Technologies, Inc. and Defendant Fitbit, Inc. ("the Parties") request that the Court dismiss all their claims and counterclaims with prejudice with each side to pay its own attorney's fees, costs, and expenses.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  ___March 12, 2015_____          _____
4  Date                                                      United States District Court Judge

5

6  Dated:  March 10, 2015                               Respectfully submitted,

7                                                                      */s/ S. Wallace Dunwoody*
                                                                       Michael C. Wilson (pro hac vice)
8                                                                      mwilson@munckwilson.com
                                                                       S. Wallace Dunwoody (pro hac vice)
9                                                                      wdunwoody@munckwilson.com
                                                                       MUNCK WILSON MANDALA, LLP
10                                                                    12770 Coit Road, Suite 600
                                                                       Dallas, Texas 75251
11                                                                    Phone: (972) 628-3600
                                                                       Fax: (972) 628-3616
12
                                                                       Robert E. Freitas
13                                                                    FREITAS ANGELL & WEINBERG
                                                                       350 Marine Parkway, Suite 200
14                                                                    Redwood Shores, California 94065
                                                                       Phone: (650)-730-5527
15                                                                    Fax: (650)-593-6301

16                                                                    ATTORNEYS FOR PLAINTIFF,
                                                                       ILIFE TECHNOLOGIES, INC.
17
                                                                       */s/  Clement S. Roberts*
18                                                                    Clement S. Roberts
                                                                       croberts@durietangri.com
19                                                                    Sonali D. Maitra
                                                                       smaitra@durietangri.com
20
                                                                       Timothy C. Saulsbury
21                                                                    tsaulsbury@durietangri.com
                                                                       Michael A. Feldman
22                                                                    mfeldman@durietangri.com
                                                                       DURIE TANGRI LLP
23                                                                    217 Leidesdorff Street
                                                                       San Francisco, CA 94111
24                                                                    Telephone: 415-362-6666
                                                                       Facsimile: 415-236-6300
25
                                                                       COUNSEL FOR DEFENDANT
26                                                                    FITBIT, INC.

27

28